UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CAPPELLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD STOHL, *et al.*,<br><br>　　　　Defendants. | No. 1:24-cv-01365 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 15) |

　　　　Mark Cappello is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 17, 2025, the assigned magistrate judge issued findings and recommendations, recommending that this case proceeds only on Plaintiff's claim against defendants Stohl, O'Donaughy, and Bragg for violation of the Free Exercise Clause of the First Amendment based on allegedly preventing Plaintiff from obtaining his meals at the times dictated by his religious beliefs, as well as Plaintiff's claim against Bragg for violation of the Free Exercise Clause of the First Amendment based on allegedly blocking Plaintiff from receiving religious food items sent in from an approved religious vendor for use in religious services. (Doc. 15.) Plaintiff filed objections. (Doc. 16.)

　　　　In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, including Plaintiff's objections, the Court finds the findings and recommendations are supported by the record and proper analysis. Plaintiff's

1

central objection concerns the magistrate judge's recommendation to dismiss his retaliation claim. (*See generally* Doc. 16.) The Court agrees with the magistrate judge that, among other things, Plaintiff has not alleged a chilling effect or harm that was more than minimal was caused by the asserted retaliatory acts (false religious diet violations reports) and therefore Plaintiff has failed to articulate a retaliation claim. Nor do any of Plaintiff's other objections meaningfully call into question the magistrate judge's reasoning. Accordingly, the Court **ORDERS:**

1. The findings and recommendations issued on June 17, 2025, (Doc. 15), are **ADOPTED IN FULL.**
2. This case proceeds only on Plaintiff's claim against defendants Stohl, O'Donaughy, and Bragg for violation of the Free Exercise Clause of the First Amendment based on allegedly preventing Plaintiff from obtaining his meals at the times dictated by his religious beliefs, as well as Plaintiff's claim against Bragg for violation of the Free Exercise Clause of the First Amendment based on allegedly blocking Plaintiff from receiving religious food items sent in from an approved religious vendor for use in religious services.
3. All other claims and Defendants are **DISMISSED** without further leave to amend.

IT IS SO ORDERED.

Dated:   **August 1, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE