IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK W. CAPPELLO,<br><br>                                   Plaintiff,<br><br>         v.<br><br>DONALD STOHL, et al.,<br><br>                                   Defendants. | Case No. 1:24-cv-01365-EPG<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR ADMINISTRATIVE<br>RELIEF RE: CONTINUANCE OF<br>SETTLEMENT CONFERENCE<br><br> Doc. 35 |

On February 24, 2026, Defendants moved for administrative relief, seeking to continue the settlement conference currently scheduled for February 27, 2026.  (Doc. 35).  Having read and considered Defendants' administrative motion and declaration of Defendants' counsel, and good cause appearing, the Court will grant Defendants' motion for administrative relief.

Accordingly, it is hereby ORDERED:

1.  Defendants' administrative motion (Doc. 35) is GRANTED.

2.  The settlement conference is continued to **March 27, 2026 at 10:00 A.M**.

3.  The **Clerk of the Court** is directed to serve a copy of this order via fax on the Litigation Office at California Substance Abuse Treatment Facility at (559) 992-7101 or via email (CDCRSATFLitigationCoordinator@cdcr.ca.gov).

1

Order (1:24-cv-01365-EPG)

4.  The Litigation Officer at California Substance Abuse Treatment Facility shall immediately deliver a copy of this Order to Plaintiff so Plaintiff is aware of the continuance of the settlement conference.


Dated:    February 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Order (1:24-cv-01365-EPG)