UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARK CAPPELLO,

Plaintiff,

v.

DONALD STOHL, *et al.*,

Defendants.

Case No. 1:24-cv-01365-JLT-EPG (PC)

ORDER VACATING ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

(ECF No. 34)

On January 28, 2026, the Court issued an order and writ of habeas corpus ad testificandum for Plaintiff's custodian to produce him for a Zoom video settlement conference before United States Magistrate Judge Helena M. Barch-Kuchta, on Friday, February 27, 2026, at 10:00 a.m. (ECF No. 34).

However, on February 25, 2026, Judge Barch-Kuchta granted Defendants' motion to continue the settlement conference, with the conference now being reset for March 27, 2026. (ECF No. 36; *see* ECF No. 35).

Accordingly, IT IS ORDERED as follows:

1. The Court's January 28, 2026, order and writ of habeas corpus ad testificandum is vacated. (ECF No. 34).

2. The Court will issue a new order and writ of habeas corpus ad testificandum in due course for the continued March 27, 2026 settlement conference.

1

3.  The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California Substance Abuse Treatment Facility at (559) 992-7101 or via email (CDCRSATFLitigationCoordinator@cdcr.ca.gov).

IT IS SO ORDERED.

Dated:    **February 25, 2026**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE